JOHN C. CRUDEN
Acting Assistant Attorney General
DEAN K. DUNSMORE
United States Department of Justice
Environment & Natural Resources Division
801 B Street, Suite 504
Anchorage, Alaska  99501-3657
Telephone:(907) 271-5452
Facsimile:(907) 271-5827
Email: dean.dunsmore@usdoj.gov
RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue, #9
Room 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271- 5071
Facsimile: (907) 271-2344
Email: richard.pomeroy@usdoj.gov

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. |
| v. | ) ) | |
| KIKIKTAGRUK INUPIAT CORPORATION | ) ) | COMPLAINT [43 U.S.C. § 1613(c)(4)] |
| Defendant. | ) ) | |

The United States of America alleges as follows:

1. The United States brings this civil action for declaratory and mandatory injunctive relief to compel the Kikiktagruk Inupiat Corporation to reconvey to the United States, as required by 43 U.S.C. § 1613(c)(4), title to the surface

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint                    - 1 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 1 of 6

estate and such additional acreage and easements as are necessary for the operation, administration and maintenance of a VHF Omni-directional Radio Range ("VOR") facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska.

2. The Court has jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1345. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c).

3. Plaintiff United States of America is a sovereign nation and entitled to bring this action.

4. Defendant Kikiktagruk Inupiat Corporation ("KIC") is a corporation organized under the laws of the State of Alaska and maintains its principal place of business in Kotzebue, Alaska. KIC is a "village corporation" as defined by the Alaska Native Claims Settlement Act of December 18, 1971 ("ANCSA"), Pub. L. No. 92-203, § 3, 85 Stat. 689, as amended, 43 U.S.C. §§ 1602(j) and 1607.

5. Pursuant to ANCSA, Defendant KIC has, as a village corporation, received conveyances from the United States of title to the surface estate of lands in the vicinity of Kotzebue, Alaska, including lands conveyed by operation of Interim Conveyance Numbers 544 and 1849 in 1982 and 2002 respectively.

6. A provision of ANCSA, as amended, 43 U.S.C. § 1613(c)(4), provides that following conveyances from the United States,

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint
- 2 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 2 of 6

> the Village Corporation shall convey to the
> Federal Government, State, or the appropriate
> Municipal Corporation title to the surface
> estate for airport sites, airway beacons, and
> other navigation aids as such existed on
> December 18, 1971, together with such
> additional acreage and/or easements as are
> necessary to provide related government
> services and to insure safe approaches to
> airport runways as such airport sites,
> runways, and other facilities existed as of
> December 18, 1971....

7. The Federal Aviation Administration ("FAA") is an agency in the executive branch of the government of the United States.

8. Beginning before December 18, 1971, and continuing to the present, the FAA has operated a VOR facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska.

9. The VOR facility operated by the FAA at the Ralph Wien Memorial Airport is located on land for which title to the surface estate was conveyed by the United States to KIC by Interim Conveyance Number 544 on September 2, 1982. The VOR facility consists of the VOR itself and a generator and fuel storage tank to provide backup power to the VOR. Upon information and belief, the United States believes that KIC presently retains title to the surface estate of the land on which the VOR facility is located.

10. The VOR maintained by the FAA at the Ralph Wien Memorial Airport, Kotzebue, Alaska, is necessary to insure safe approaches to the runways at that airport.

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint

- 3 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 3 of 6

11. Easements required for the operation and maintenance of the VOR facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska, include, but are not limited to, easements for access to and from the VOR facility, for power and communications to that facility, for a powerline from a backup generator installed and maintained by the FAA to the VOR facility, and for appropriate clear zones to prevent obstruction of VOR signal access.

12. The KIC is required by 43 U.S.C. § 1613(c)(4) to reconvey to the United States title to the surface estate of the land on which the VOR facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska, is located, together with such additional acreage and easements as are necessary to provide related governmental services and to insure safe approaches to the airport runway.

13. The FAA has requested that, pursuant to 43 U.S.C. § 1613(c)(4), the KIC reconvey to the federal government title to the surface estate of the land on which the VOR facility at the Ralph Wien Memorial Airport, is located, together with such additional acreage and easements as are necessary to provide the government services related to that facility. KIC has not made that conveyance.

14. On May 6, 2008, pursuant to 43 C.F.R. § 2650.5-4, KIC submitted to the Bureau of Land Management ("BLM") a map of boundaries showing, among other things, acreage to be reconveyed

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint
- 4 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 4 of 6

pursuant to 43 U.S.C. § 1613(c).

15. KIC's map of boundaries does not include any proposed reconveyance from KIC to the federal government of title to the surface estate of the land on which the VOR facility and related governmental services at the Ralph Wien Memorial Airport, Kotzebue, Alaska are located.

PRAYER FOR RELIEF

WHEREFORE the United States prays that the Court:

1. Enter judgment for the United States which declares that the Kikiktagruk Inupiat Corporation is required to convey to the United States title to the surface estate of the land on which the VOR facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska, is located, together with such additional acreage and easements as are necessary to provide the government services related to that facility.

2. Enter a mandatory injunction requiring the Kikiktagruk Inupiat Corporation to convey to the United States title to the surface estate of the land on which the VOR facility at the Ralph Wien Memorial Airport, Kotzebue, Alaska, is located, together with such additional acreage and easements as are necessary to provide the government services related to that facility.

3. Award the United States its costs incurred in this action.

4. Award the United States such other relief as is just and

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint
- 5 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 5 of 6

equitable.

   DATED this 5th day of May 2009.

                              JOHN C. CRUDEN
                              Acting Assistant Attorney General

                              s/Dean K. Dunsmore
                              DEAN K. DUNSMORE
                              U.S. Department of Justice
                              Environment & Natural Resources
                               Division
                              801 B Street, Suite 504
                              Anchorage, Alaska  99501-3657
                              Telephone:(907) 271-5452
                              Facsimile:(907) 271-5827
                              Email: dean.dunsmore@usdoj.gov

                              s/Richard L. Pomeroy
                              Richard L. Pomeroy
                              Assistant United States Attorney
                              222 West 7th Avenue, #9
                              Room 253
                              Anchorage, Alaska 99513-7567
                              Telephone: (907) 271- 5071
                              Facsimile: (907) 271-2344
                              Email: richard.pomeroy@usdoj.gov
                              Alaska Bar No. 8906031

                              Attorneys for the United States

Case No.
U.S. v. Kikiktagruk Inupiat Corp.
Complaint                          - 6 -

Case 3:09-cv-00084-JWS   Document 1   Filed 05/05/09   Page 6 of 6