Brian Duffy
The Law Office of Havelock & Duffy
632 Christensen Drive, Suite 100
Anchorage, AK 99501
(907)276-1916; Fax (907)258-9053
brianduffyattorney@gmail.com
Counsel for Defendant
Kikiktagruk Inupiat Corporation

**UNITES STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>    vs. )<br>)<br>KIKIKTAGRUK INUPIAT CORPORATION, )<br>    Defendant. )<br>_____ ) | **ANSWER**<br><br>Case No. 3:09CV 00084 JWS |

Defendant Kikiktagruk Inupiat Corporation (KIC) hereby answers the Complaint filed by Plaintiff Unites States of America as follows.

1. KIC admits that the Unites States is asking for declaratory and injunctive relief. KIC lacks knowledge or information necessary to form a belief as to whether the lands that the United States seeks are necessary for the operation, administration, and maintenance of a VOR facility at Ralph Wien Memorial Airport. The other allegations in paragraph 1 of the Complaint are denied.

2. KIC admits the allegations in paragraph 2 of the Complaint.

3. KIC admits the allegations in paragraph 3 of the Complaint.

4. KIC admits the allegations in paragraph 4 of the Complaint.

5. KIC admits the allegations in paragraph 5 of the Complaint.

6. KIC admits that 43 U.S.C. §1613 is a Federal statute that says what it says.

7. KIC admits the allegations in paragraph 7 of the Complaint.

8. KIC denies the allegations in paragraph 8 of the Complaint because it lacks sufficient information and knowledge to form a belief about the truth of the allegations.

9. KIC admits that the FAA operates a facility on land that was conveyed to KIC in Interim conveyance 544 and that KIC currently holds title to some of the land. The City of Kotzebue and the State of Alaska, and others may claim an interest in some of the land that the United States seeks in this law suit. All other allegations in the paragraph are denied because KIC lacks sufficient information and knowledge to form a belief about the truth of the allegations.

10. KIC admits that a VOR operated by the FAA is necessary to ensure safe approaches to the runway at that airport. KIC denies the remainder of the allegations in paragraph 10 of the Complaint because it lacks sufficient information and knowledge to form a belief about the truth of the allegation.

11. KIC denies the allegations in paragraph 11 of the Complaint because it lacks sufficient information and knowledge to form a belief about the truth of the allegation.

12. The statements in paragraph 12 are legal conclusions that do not require an answer. To the extent that the paragraph makes allegations of fact, those allegations are denied because KIC lacks sufficient information and knowledge to form a belief about to the truth of the allegations.

13. KIC admits that the FAA has requested title to acreage for the VOR facility and that KIC has not made the conveyance. All other allegations in paragraph 13 are denied.

14. KIC denies the balance of the allegations in paragraph 14 of the Complaint. KIC alleges the map referred to in that paragraph was submitted in early December of 2007.

15. KIC admits the allegations in paragraph 15 of the Complaint.

**AFFIRMATIVE DEFENSES**

1. The United States claims are barred by the statute of limitations.

2. The United States claims are barred by the doctrines of laches, estoppel and waiver.

3. The United States is obligated to pay KIC the fair market value for any lands or easements required to be conveyed under 43 U.S.C. § 1613(c)(4) but has failed to tender an offer reflecting such value.

4. The United States has failed to join parties under Rule 19, including the City of Kotzebue and the State of Alaska.

**PRAYER FOR RELIEF**

Wherefore, KIC respectfully requests, (1) that the Complaint in all respects be dismissed with prejudice, (2) that KIC be awarded cost and expenses of defending this action, (3) that that the Court grant such other and further relief that the Court may deem just and proper.

Dated: September 10, 2010

                                                  Havelock & Duffy
                                                  Attorneys for KIC

By:    s/ Brian Duffy
         Brian Duffy
         ABA # 0307036
         632 Christensen Drive, Suite 100
         Anchorage, AK 99501
         Phone (907)276-1916
         Fax (907)258-9053
         brianduffyattorney@gmail.com

**Certificate of Service**
I certify that on Sept. 10, 2010 a copy of this ANSWER
was served upon:
    Dean Dunsmore
    dean.dunsmore@usdoj.gov
    Richard Pomeroy
    richard.pomeroy@usdoj.gov
by electronic means through the ECF system
as indicated on the Notice of Electronic Filing,
or if not confirmed by ECF, by first class regular mail.

s/ Brian Duffy
Brian Duffy ABA #0307036
Havelock & Duffy